Decided April 24, 1995

METROPOLITAN DISTRICT COMMISSION *v.* AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 4, LOCAL 184

The plaintiff's petition for certification for appeal from the Appellate Court, 37 Conn. App. 1 (AC 13197), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the arbitrators' failure to comply with § 31-91-45 (a) of the Regulations of

Connecticut State Agencies did not require that the arbitrators' award be vacated?''

The Supreme Court docket number is SC 15252.

*Anthony J. Palermino,* in support of the petition.

Decided April 24, 1995